UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO DEL RIO, AKA ROBERTO COVEDA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> THE PEOPLE OF THE STATE OF ) <br> CALIFORNIA, ) <br> ) <br> Respondent. ) <br> ) <br> _____ ) | CASE NO. CV 10-6890-PJW <br><br> J U D G M E N T |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>January 9, 2012</u>.

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\DEL RIO, I 6890\Judgment.wpd